# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                      PLAINTIFF

v.                                              NO. 4:08CR00224 JLH

DOUGLAS RONALD SCHUH                                                                                       DEFENDANT

## ORDER

The government's motion for dismissal of forfeiture allegation is GRANTED. Document #21. The forfeiture allegation contained in the indictment against Douglas Ronald Schuh is hereby dismissed.

IT IS SO ORDERED this 19th day of September, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE